UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL MINUTES – SENTENCING

Case No.  5: 23-CR-054-DCR          At  Lexington          Date  December 4, 2023

USA vs. Ernesto Mendez-Lopez     x  present   x  custody   ___  bond   ___  OR   Age ___

DOCKET ENTRY: The parties appeared for a sentencing hearing as noted. United States Probation Officer Brittany Cardin also was present. The Court adopts the findings and guideline calculations set out in the the Presentence Report ("PSR"). The PSR shall be filed in the record under seal pursuant to Rule 32 of the Federal Rules of Criminal Procedure. The government's oral motion for a third-level reduction for acceptance credit is **SUSTAINED** and the oral motion to dismiss counts 1, 2, 3, and 5 of the Indictment is **SUSTAINED**, effective upon entry of the Judgment. The defendant's motion for a variance pursuant to 18 U.S.C. § 3553(a)(2) is **DENIED**.

PRESENT:   HON. DANNY C. REEVES, CHIEF U. S. DISTRICT JUDGE

| Lisa Moore | Elaine Haberer | none | Erin Roth |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

Counsel for Defendant:   Adele Burt Brown    x  present    ___ retained    x  appointed

PROCEEDINGS:  **SENTENCING** (non-evidentiary)

___     Objection to Presentence Report.

x      No objection to Presentence Report.

x      After the fourteen-day period has passed for filing a notice of appeal, counsel for the defendant is directed to file a notice with the Court confirming that he has again conferred with the defendant regarding his appellate rights and, if the defendant chooses not to file a notice of appeal, indicating such in the notice. If a notice of appeal is filed, counsel need not file this information with the Court.

x      Court's Advice of Right to Appeal provided to defendant.

x      Transcript shall be deemed as written findings of Court.

x      Judgment shall be entered (See Judgment & Commitment.)

x      Defendant remanded to custody of United States Marshal pending designation by Bureau of Prisons.

Copies:  COR, USP, USM

Initials of Deputy Clerk:    lkm
TIC: /41